**Schedule B**

| Case No. | Case Name |
|---|---|
| 20-cv-01338 | Luxottica Group S.p.A. and Oakley, Inc. v. RBAAD.NET, et al. |
| 20-cv-01348 | Luxottica Group S.p.A. and Oakley, Inc. v. AAAASUNGLASSES.COM, et al. |
| 20-cv-02297 | Luxottica Group S.p.A. and Oakly, Inc. v. RBZXR.COM,et al. |
| 20-cv-03382 | Luxottica Group S.p.A. and Oakly, Inc. v. RAYBAC.CLUB, et al. |
| 20-cv-04162 | Luxottica Group S.p.A. and Oakley, Inc. v. RAYAEK.COM, et al. |
| 20-cv-05359 | Luxottica Group S.p.A. and Oakley, Inc. v. RBAGH.COM, et al. |
| 20-cv-06724 | Luxottica Group S.p.A. and Oakley, Inc. v. SELLBESTREPLICA.COM, et. al. |
| 21-cv-00317 | Luxottica Group S.p.A. and Oakley, Inc. v. RBAAJ.NET, et al. |
| 21-cv-01833 | Luxottica Group S.p.A., Oakley, Inc., Eye Safety Systems, Inc., and Costa Del Mar, Inc. v. RAYBBY.COM, et al. |
| 21-cv-02795 | Luxottica Group S.p.A., Oakley, Inc., Eye Safety Systems, Inc., and Costa Del Mar, Inc. v. RBGLASS4US.COM, et al. |
| 21-cv-03966 | Luxottica Group S.p.A., Oakley, Inc., Eye Safety Systems, Inc., and Costa Del Mar, Inc. v. The Partnerships and Unidentified Associations Identified on Schedule "A" |
| 21-cv-03977 | Luxottica Group S.p.A., Oakley, Inc., and Costa Del Mar, Inc. v. The Partnerships and Unidentified Associations Identified on Schedule "A" |
| 20-cv-02934 | Costa Del Mar, Inc. v. SHOP5369069, et al. |
| 20-cv-03220 | Costa Del Mar, Inc. v. SHOP4925102 STORE, et al. |
| 20-cv-04268 | Costa Del Mar, Inc. v. ANDREWUU, et al. |
| 20-cv-05446 | Costa Del Mar, Inc. v. SHOP5259103 STORE, et al. |
| 21-cv-00389 | Costa Del Mar, Inc. v. AHGKMM.SHOP, et al. |
| 20-cv-03699 | Oakley, Inc. v. 8081BIKE STORE, et al. |
| 21-cv-02114 | Oakley, Inc. v. ROIDISMTOR CYCLING STORE, et. al. |
| 20-cv-02955 | Oakley, Inc. v. FORFAR OUTDOORS STORE, et al. |
| 20-cv-04402 | Oakley, Inc. v. BIKE LEADER, et al. |
| 21-cv-00818 | Oakley, Inc. v. INFINITE OUTDOOR STORE, et al. |
| 20-cv-00277 | Oakley, Inc. v. ADVENTURER, et al. |
| 20-cv-02962 | Oakley, Inc. v. ZHANGJISTORE,et al. |
| 20-cv-03547 | Oakley, Inc. v. ADVENTURER, et al. |
| 20-cv-04421 | Oakley, Inc. v. KATRINA'S OPTICAL ITEMS STORE, et al. |
| 20-cv-06676 | Oakley, Inc. v. CYCLING FRANCHISE STORE, et al. |
| 21-cv-00875 | Oakley, Inc. v. UGOOCAR ACCESSORY STORE, et al. |
| 21-cv-02742 | Oakley, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 21-cv-03836 | Oakley, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 20-cv-02970 | Oakley, Inc. v. OTC. STORE, et al. |
| 20-cv-05943 | Oakley, Inc. v. ORGE888, et al. |
| 20-cv-05972 | Oakley, Inc. v. TERAYSUN STORE, et al. |
| 20-cv-00329 | Oakley, Inc. v. JULY BREEZE, et al. |
| 20-cv-02556 | Oakley, Inc. v. SHIKE2222,et al. |
| 20-cv-03036 | Oakley, Inc. v. SOOF JFHHF WOMAN WEARING, et al. |
| 20-cv-03486 | Oakley, Inc. v. CHINA HIGH QUALITY PRODUCTS STORE, et al. |
| 20-cv-03542 | Oakley, Inc. v. ALL-INBIKE, et al. |
| 20-cv-04171 | Oakley, Inc. v. ZONEBIKECYCLE STORE, et al. |
| 20-cv-05314 | Oakley, Inc. v. YOUR,MODIS STORE, et al. |
| 20-cv-06495 | Oakley, Inc. v. FIVE GOGOGO STORE, et al. |
| 21-cv-02369 | Oakley, Inc. v. BARRY INVINCIBLE STORE, et al. |
| 21-cv-02452 | Oakley, Inc. v. DESOLDELOS STORE, et al. |
| 20-cv-03264 | Oakley, Inc. v. SHOP1230199 STORE, et al. |
| 20-cv-05049 | Oakley, Inc. v. SHOP3478042 STORE, et al. |
| 21-cv-00458 | Oakley, Inc. v. TIENDASPEREDUCHE, et al. |
| 21-cv-00536 | Oakley, Inc. v. SHOP5743220 STORE, et. al. |
| 21-cv-02926 | Oakley, Inc. v. HEG-H STORE, et al. |
| 21-cv-02989 | Oakley, Inc. v. SIMPRECT OFFICIAL STORE, et al. |
| 21-cv-03925 | Oakley, Inc. v. Firewind Outdoor Store, et al. |
| 21-cv-03997 | Oakley, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |