# Exhibit 1



Domains shutdown by year